IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ZLATKO DIMITROV**<br>   *Plaintiff,*<br><br>**v.**<br><br>**PILOT OF TEXAS LLC**<br>   *Defendant.* | § § § § § § § § | **CIVIL ACTION NO.**<br><br>**4:23-cv-00128** |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR REMOVAL FROM CURRENT TRIAL SETTING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Zlatko Dimitrov, and Defendant, Pilot of Texas, LLC, have resolved their disputed claims in this case and have reached a settlement with no admission as to liability or damages. As such, the Parties request that the Court remove this case from its current trial setting so that the Parties may finalize the paperwork and obligations under the settlement terms, then seek final disposition of this matter.

        Respectfully submitted,

        **SORRELS LAW**

        */s/ R. Turner Johnston*
        Randall O. Sorrels
        State Bar No. 10000000
        Federal ID No. 11115
        R. Turner Johnston
        State Bar No. 24110058
        Federal ID No. 3322749
        5300 Memorial Drive, Suite 270
        Houston, Texas 77007
        Phone: (713) 496-1100
        randy@sorrelslaw.com
        turner@sorrelslaw.com
        **ATTORNEYS FOR PLAINTIFF**

and

*/s/ Michael B  Jones – with permission*
Michael B. Jones
SBN 24002375, FBN 604825
Kaitlyn M. McClaine
SBN 24102928, FBN 3745061
CANTERBURY, PC
4851 LBJ Freeway, Suite 301
Dallas, Texas 75244-6136
Telephone: (972) 239-7493
Facsimile: (972) 490-7739
Email: MJones@CanterburyLaw.com
          KMcClaine@CanterburyLaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Defendant and both parties agree to the form and substance of this joint-notice.

*/s/ R. Turner Johnston*
R. Turner Johnston

## CERTIFICATE OF SERVICE

I certify that on the 7th day of March 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the CM/ECF electronic case filing system of the court and/or served the foregoing document by another method authorized by Federal Rule of Civil Procedure 5(b). The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as a service of this document by electronic means. I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ R. Turner Johnston*
R. Turner Johnston